1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  SUSAN CUSHMAN
   Assistant United States Attorney
   Susan.cushman@usdoj.gov
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada 89101
   702-388-6336

6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
                              -oOo-
8
   UNITED STATES OF AMERICA,          )
9                                     )   Case No.: 2:19-cr-0307-GMN-EJY
              Plaintiff,              )
10                                    )
        vs.                           )   STIPULATION TO EXTEND TIME
11                                    )   FOR GOVERNMENT'S RESPONSE TO
   TEYANNA MICHELS,                   )   DEFENDANT'S SEALED MOTION
12                                    )   FOR EARLY TERMINATION OF
              Defendant.              )   SUERVISED RELEASE
13                                    )

14      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A,

15 Trutanich, United States Attorney; Susan Cushman, Assistant United States Attorney,

16 counsel for the United States of America and Heidi Ojeda, Assistant Federal Public

17 Defender, counsel for defendant, that the government's response to defendant's Sealed

18 Motion for Early Termination of Supervise Release (ECF No. 6) be extended by seven days,

19 to and including December 11, 2020.

20      This Stipulation is entered into for the following reason:

21      1. Defendant filed her motion on November 20, 2020. (ECF No. 6).

22      2. Undersigned counsel only was recently assigned to respond.

23

24

3. Defendant was convicted in the Northern District of California. Undersigned counsel requests an opportunity to discuss defendant's motion with trial counsel, Assistant U.S. Attorney Marissa Harris, who is currently on leave until December 3, 2020.

4. Defendant's counsel consents to this extension of time.

DATED this the 2nd day December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/
SUSAN CUSHMAN
Assistant United States Attorney

/s/
HEIDI OJEDA
Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:19-cr-307-GMN-EJY |
| Plaintiff, ) | |
| ) | **(Proposed)** |
| vs. ) | |
| ) | **ORDER** |
| TEYANNA MICHELS, ) | |
| Defendant. ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Sealed Motion for Early Termination of Supervised Release (ECF No. 6) be due on December 11, 2020.

**IT IS SO ORDERED.**

Dated this __2__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3